UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM COWAN, | Case No. 15-cv-12428 |
| Plaintiff, | |
| | UNITED STATES DISTRICT COURT JUDGE |
| v. | GERSHWIN A. DRAIN |
| TRENT MILLER, ET AL., | UNITED STATES MAGISTRATE JUDGE |
| | ANTHONY P. PATTI |
| Defendants. | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT MDOC [44] AND DENYING DEFENDANT MDOC'S MOTION TO DISMISS AS MOOT [30]**

This matter is before the Court on Plaintiff's Motion to Voluntarily Dismiss the Michigan Department of Corrections (MDOC) as a defendant from the present suit, based on MDOC's Eleventh Amendment immunity. *See* Dkt. No. 44. Plaintiff's Motion [44] is **GRANTED**.

Accordingly, as MDOC is no longer a defendant in the case, its previously filed Motion to Dismiss [30], based on Eleventh Amendment immunity, is **DENIED** as moot.

IT IS SO ORDERED.

Dated: July 7, 2016      s/Gershwin A. Drain
   Detroit, Michigan      GERSHWIN A. DRAIN
                          United States District Judge

-1-

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on **July 7, 2016.**

s/Tanya R. Bankston
TANYA R.BANKSTON
Case Manager & Deputy Clerk
